# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

APR 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ CLERK

UNITED STATES OF AMERICA

v.

RICARDO CONTRERAS RAMIREZ

)
)
)
)
)

CR.S.  06-153 LKK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( **X** ) Ad Prosequendum                    ( ) Ad Testificandum.

Name of Detainee:          RICARDO CONTRERAS RAMIREZ

Detained at (custodian):          FOLSOM STATE  PRISON

Detainee is:     a.)      ( ) charged in this district by:
                              ( **X** ) Indictment          ( ) Information          ( ) Complaint
                              Charging Detainee With:  Deported Alien Found in the United States

          or     b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      ( ) return to the custody of detaining facility upon termination of proceedings
          or     b.)      ( **X** ) be retained in federal custody until final disposition of federal charges, as a sentence
is                            currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature:____/s/ Michael M. Beckwith____
Printed Name & Phone No:__ MICHAEL M. BECKWITH/916-554-2797__
Attorney of Record for:____ United States of America ____

## WRIT OF HABEAS CORPUS
( **X** ) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH,** and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

____4/11/06____
Date

____John A. Doe____
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Gerardo Gutierrez, Pilar Contreras-Ramirez | Male X | Female |
| Booking or CDC #: | T99226 | DOB: | |
| Facility Address: | 100 Prison Road | Race: | |
| | Repressa, CA 95670 | FBI #: | 474898PB3 |
| Facility Phone: | 916-985-8610 | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)