DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO CONTRERAS RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-153 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| RICARDO CONTRERAS RAMIREZ, | ) | |
| | ) | Date:  June 13, 2006 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ricardo Contreras Ramirez, that the status conference scheduled for June 13 may be continued to June 27, 2006, at 9:30 a.m.

   This is a new case -- defendant was arraigned on May 23.  Defense counsel seeks additional time to review the case with Mr. Ramirez and counsel for the United States seeks time to consider a plea offer.  In order to have time to complete these tasks, the parties agree that time under the Speedy Trial Act

/////

/////

/////

1  should be excluded from the date of this order through the status conference on
2  June 27, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
3
4                                         Respectfully submitted,
5                                         DANIEL J. BRODERICK
                                          Acting Federal Defender
6
7  Dated: June 9, 2006                    /s/ T. Zindel
                                          TIMOTHY ZINDEL
8                                         Assistant Federal Defender
                                          Attorney for RICARDO CONTRERAS RAMIREZ
9
10                                        McGREGOR SCOTT
                                          United States Attorney
11
12 Dated:  June 9, 2006                   /s/ T. Zindel for M. Beckwith
                                          MICHAEL BECKWITH
13                                        Assistant U.S. Attorney
14

15                                **O R D E R**

16     The status conference is continued to June 27, 2006, at 9:30 a.m. and time
17 under the Speedy Trial Act is excluded through that date for the reasons stated
18 above and by agreement of the parties, the court finding that the ends of
19 justice to be served by a continuance outweigh the best interests of the
20 defendant and the public in a speedy trial.
21     IT IS SO ORDERED.
22
23 Dated:  June 9, 2006
                                          LAWRENCE K. KARLTON
24                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
25
26
27
28

Stip. in U.S.A. v. R. Ramirez            2