DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO CONTRERAS RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>RICARDO CONTRERAS RAMIREZ,        )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____) | No. CR. S-06-153 LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  June 27, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ricardo Contreras Ramirez, that the status conference scheduled for June 27 may be continued to July 18, 2006, at 9:30 a.m.

     Mr. Ramirez discovered an error in the pre-plea presentence report and defense counsel has asked the probation office to correct it so that the parties may use the corrected report in their negotiations -- the error affects the calculation of the guidelines.  The probation officer advises he will not be able to confirm the correction before June 27.  So that this task may be done and the parties may have sufficient time to evaluate the case, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

1  order through the status conference on July 18, 2006, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: June 23, 2006                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RICARDO CONTRERAS RAMIREZ


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  June 23, 2006                   /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to July 18, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  June 26, 2006

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. R. Ramirez          2